| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:24-cv-00001 |
|---|---|---|---|

Derrick Green

*versus*

Schenker, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David J. Garraux<br>K&L Gates LLP<br>210 Sixth Ave.,<br>Pittsburgh PA 15222<br>412-355-6580; david.garraux@klgates.com<br>Pennsylvania (204350)<br>New Jersey (036842007)<br>U.S. Court of Appeals for the District of Columbia Circuit (54354); U.S. District Court for the D.N.J. (036482007); U.S. District for the E.D. Pa. (204350); U.S. District Court for the W.D. Pa. (204350); U.S. District Court for the N.D. Ind. (204350) |
|---|---|

| Name of party applicant seeks to appear for: | Defendant Schenker, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__

On a separate sheet for each sanction, please supply the full particulars.

| Dated:<br>3/4/2024 | Signed:<br>/s/ David J. Garraux |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge