| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:24-cv-00001 |
|---|---|---|---|

Derrick Green

*versus*

Schenker, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica L.G. Moran<br>K&L Gates LLP<br>210 Sixth Ave.,<br>Pittsburgh, PA 15222<br>412-355-6344; jessica.moran@klgates.com<br>Pennsylvania (325912)<br>United States Court of Appeals for the Third Circuit (325912); United States District Court for the W.D. Pa. (325912); United States District Court for the E.D. Pa. (325912) |
|---|---|

| Name of party applicant seeks to appear for: | Schenker, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   X _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/4/2024 | Signed: /s/ Jessica L.G. Moran |
|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                United States District Judge