**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

_____   )
_____   )
_____   )
_____   )
_____,   )
                                            )
       **Plaintiff(s),**   )
                                            )
   **v.**   )
                                            )
_____   )    **Civil Action No. _____**
_____   )
_____   )
_____   )
_____,   )
                                            )
       **Defendant(s)/**   )
       **Third-Party Plaintiff(s),**   )
                                            )
   **v.**   )
                                            )
_____   )
_____   )
_____   )
_____   )
_____,   )
                                            )
       **Third-Party Defendant(s).**   )
_____)

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                            (type of party)
who is _____, makes the following disclosure:
      (name of party)

1.    In the party or intervenor a non-governmental corporate party?

                        Yes               No

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3.   If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party or intervenor's stock or state that there is no such corporation:

_____

_____

_____

_____

4.   In a case based on diversity jurisdiction, the following is a list of all members of
_____ and its states of citizenship:
(name of corporation)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

_____          _____
(name of member)                         (state of citizenship)

Note:  If there are additional members, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: _____          _____
                                   Signature of Counsel for Party